IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LORI LYNN JEFFERIS, } | |
| } | |
| Plaintiff } | |
| } | |
| vs. } | CIVIL ACTION NO. H-03-O747 |
| } | |
| HIT, Inc., d/b/a } | |
| HOU-TRA INTERNATIONAL, } | |
| } | |
| Defendant } | |

FINAL JUDGMENT

This action came on for trial before the Court and a jury, and the issues having been duly tried and the jury having duly rendered its verdict,

It is Ordered and Adjudged

that the Plaintiff LORI LYNN JEFFERIS recover of the Defendant HTI, Inc., d/b/a HOU-TRA INTERNATIONAL, the sum of $82,354.41, a figure inclusive of prejudgment interest, for emotional distress in the past, loss of enjoyment of life, and past loss to professional reputation, with interest thereon at the rate of 3.88% as provided by law, her costs of action, and reasonable attorney's fees.

SIGNED at Houston, Texas this 30th day of September, 2005.

_____
Melinda Harmon
United States District Judge