UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LORI LYNN JEFFERIS, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-03-747 |
| | § | |
| HTI INC; dba HOU-TRA INTERNATIONAL, | § § § § | |
| Defendant. | § | |

## ORDER SETTING HEARING ON ATTORNEY'S FEES

The court hereby ORDERS a hearing on attorney's fees Friday, October 14, 2005, at 1:30 p.m. in Courtroom 9C.

Signed at Houston, Texas, this 6th day of October, 2005.

_____
Melinda Harmon
United States District Judge